# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | Civil Action No. 4:15-CV-655 |
| v. | § | (Judge Mazzant/Judge Nowak) |
| | § | |
| WELDON R. ANDERTON | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 20, 2017, the report of the Magistrate Judge (Dkt. #14) was entered containing proposed findings of fact and recommendations that Plaintiff United States of America's (the "Plaintiff" or "Government") Motion for Default Judgment (Dkt. #13) be granted, and that final judgment be entered for Plaintiff in the amount claimed.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiff United States of America's Motion for Default Judgment (Dkt. #13) is **GRANTED** and a final default judgment shall be entered for Plaintiff.

**IT IS SO ORDERED**.

SIGNED this 2nd day of March, 2017.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE